Certificate Number: 05781-PR-DE-041595135

Bankruptcy Case Number: 26-04189

05781-PR-DE-041595135

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 23, 2026, at 9:11 o'clock PM PDT, Abdiel Pagan Rodriguez completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Puerto Rico.

Date: October 23, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President